1 | MICHAEL R.W. HOUSTON
  | CITY ATTORNEY
2 | MOSES W. JOHNSON, IV (SBN 118769)
  | Assistant City Attorney
3 | E-mail: mjohnson@anaheim.net          NOTE: CHANGES MADE BY THE COURT
  | 200 S. Anaheim Boulevard, Suite 356
4 | Anaheim, California  92805
  | Tel: (714) 765-5169 Fax: (714) 765-5123
5 |
  | Attorneys for Defendants CITY OF
6 | ANAHEIM, CHIEF JOHN WELTER and
  | DAN HURTADO
7 |
8 |                    **UNITED STATES DISTRICT COURT**
9 |                    **CENTRAL DISTRICT OF CALIFORNIA**
10 |

| | |
|---|---|
| CAROLINE TONEYGAY, Z.J.-T.O.P., a Minor, by and through his Guardian ad Litem, MARLA OCHOA PEREZ, | Case No.:    SACV 14-00338 JVS (JPR) |
| | Assigned to: Hon. James V. Selna |
| | Dept.:        10C |
| Plaintiffs, | **STIPULATION AND PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |
| v. | |
| CITY OF ANAHEIM, CHIEF JOHN WELTER, DAN HURTADO and DOES 1 THROUGH 10, | Action Filed:   March 5, 2014 |
| | Trial Date:     None set |
| Defendants. | |

1  The parties, Plaintiffs CAROLINE TONEYGAY, Z.J.-T.O.P., a Minor, by
2  and through his Guardian ad Litem, MARLA OCHOA PEREZ, and Defendants
3  CITY OF ANAHEIM, CHIEF JOHN WELTER, and DAN HURTADO
4  ("Defendants" or "City") through their respective attorneys of record, agree that
5  the following protective order be issued in this matter pursuant to Rule 26(c)(7)
6  of the Federal Rules of Civil Procedure.
7      1.    This Protective Order applies to and governs the use of law
8  enforcement investigative reports and records concerning the shooting of
9  decedent Martin Hernandez which are being produced to Plaintiffs by the City.
10 This Order shall also apply to and govern any other investigative or law
11 enforcement reports or records subsequently produced to Plaintiffs by the City
12 concerning the shooting of decedent Martin Hernandez or its aftermath
13 (hereinafter referred to as "Confidential Information"), including but not limited
14 to, reports or memoranda prepared by the Anaheim Police Department or the
15 Orange County District Attorney's Office (OCDA).  The OCDA investigation is
16 finished and will be produced by Defendants to Plaintiffs subject to the
17 protective order.
18     The term Confidential Information shall mean and include the documents
19 listed above, any and all portions thereof, and all documents of whatever kind
20 containing information set forth in or obtained from these documents.
21     2.    Plaintiffs' counsel shall use the Confidential Information solely for
22 the purposes of this litigation, and shall not disclose any portion of the
23 Confidential Information to any other person, firm or corporation except:
24     A.    Bona fide employees of counsel's law offices, and then only to the
25 extent necessary to enable said persons to assist in litigation of this action;
26     B.    Plaintiffs, but only to the extent deemed necessary by counsel for
27 the prosecution of this litigation;
28     C.    Expert witnesses employed by the parties to this action;

1        D.      Consultants retained by the parties to this action; or

2        E.      The Court.

3        3.      All persons described in paragraph 2 (a) through (d) above shall not disclose any portion of said Confidential Information and shall not use any information obtained therefrom except in conformance with this Protective Order and for purposes of this litigation. Any party who discloses Confidential Information to any person described in paragraph 2 (a) through (d) shall advise such person that said matters constitute Confidential Information which may be used only for the litigation of this action, and shall, prior to disclosure of the Confidential Information, have such person execute a written Understanding and Agreement to be bound by this Stipulation for Protective Order in the form attached hereto as Exhibit 1.

4.      Any deposition testimony that encompasses or concerns Confidential Information shall be transcribed in a separate booklet that is marked on its cover "Confidential: Do not Disclose by Court Order." In addition, any documents containing Confidential Information that are submitted to the Court shall be filed or lodged in a sealed envelope marked "Confidential: Subject to Protective Order in conformance with Local Rule 79-5."

5.      The attorneys for Plaintiffs are directed to retain all copies of documents, notes, or summaries containing Confidential Information in their custody, possession and control and to take the necessary precautions to prevent persons not authorized as provided above from obtaining access to any such Confidential Information.

6.      Production of the Confidential Information protected by this Stipulated Agreement and Order shall not constitute a waiver of any privileged or confidentiality or privacy right. The parties retain the right to assert all substantive objections to the Confidential Information, including but not limited to, relevancy, hearsay, privacy, privilege, and Rule 403 of the Federal Rules of

1  Evidence.

2      7. At the conclusion of this action, all documents containing Confidential Information, all copies and extracts thereof, with the exception of those documents affected by the attorney work-product doctrine or attorney-client privilege, shall be returned to counsel for the City. As to those documents protected by the attorney work-product doctrine or attorney-client privilege, Plaintiffs and their counsel agree that any and all such documents shall either be redacted and returned to the City or shall be destroyed.

    IT IS SO STIPULATED.

Dated: 12/30/2014      CRISTINA L. TALLEY, CITY ATTORNEY

By:      /s Moses W. Johnson, IV
Moses W. Johnson, IV
Assistant City Attorney
Attorneys for Defendants
CITY OF ANAHEIM, CHIEF JOHN WELTER and DAN HURTADO

Dated: August 27, 2014      LAW OFFICES OF HUMBERTO GUIZAR

By:      /s Humberto Guizar
Humberto Guizar, Esq.
Attorneys for Plaintiff
Z.J.-T.O.P., a Minor, by and through his Guardina Ad Litem, Marla Ochoa Perez

Dated: August 14, 2014      CARRAZCI LAW, A.P.C.

By:      /s Angel Carrazco
Angel Carrazco Jr., Esq.
Attorneys for Plaintiff
Caroline Toneygay

IT IS SO ORDERED:

Dated: January 7, 2015

HON. JEAN P. ROSENBLUTH
United States Magistrate Judge

EXHIBIT 1

UNDERSTANDING AND AGREEMENT

PURSUANT TO PROTECTIVE ORDER

I have read the Stipulation and Protective Order in CAROLINE TONEYGAY et al. v. CITY OF ANAHEIM et al., Case No. SACV 14-00338 JVS (JPR), now pending in the United States District Court. I understand the Stipulation and agree to be bound by its terms.

DATED:_____

By: _____
      SIGNATURE

_____
PRINT NAME

_____
ADDRESS

_____
CITY, STATE, ZIP