MICHAEL R.W. HOUSTON
CITY ATTORNEY
MOSES W. JOHNSON, IV (SBN 118769)
Assistant City Attorney
E-mail: mjohnson@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

JS-6

Attorneys for Defendant DAN HURTADO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE TONEYGAY, Z.J.-T.O.P., a Minor, by and through his Guardian ad Litem, MARLA OCHOA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM, CHIEF JOHN WELTER, DAN HURTADO and DOES 1 THROUGH 10,<br><br>Defendants. | Case No.:   SACV 14-00338 JVS (JPR)<br><br>**ORDER OF DISMISSAL**<br><br>PRETRIAL CONFERENCE<br>Date:      July 6, 2015<br>Time:      11:00 a.m.<br>Place:     10C<br><br>Action Filed:    March 5, 2014<br>Pretrial Conf:   July  6, 2015<br>Trial Date:     July 21, 2015 |

Pursuant to the Stipulation of the parties filed on or about June 25, 2015, the above-captioned action can be dismissed with prejudice pursuant to FRCP 41(a)(1), with each party is to bear its own costs and attorney's fees.

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

Dated: June 30, 2015

Hon. James V. Selna
United States District Judge

Case No. SACV 14-00338